IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE E. DIXON, ID # 1751862,     ) | |
|     Plaintiff,     ) | |
| vs.     ) | No. 3:13-CV-5048-M-BH |
|     )   | |
| MUHAMMAD E. ZEEM, et al.,     ) | |
|     Defendants.     ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Plaintiff filed a Notice of Appeal in this case on March 7, 2014, which the Court construes as a non-specific objection. After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of the Findings and Conclusions, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** this 14th day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS